IN THE MATTER OF THE PETITION   \*    IN THE
FOR REINSTATEMENT OF       COURT OF APPEALS
SUNG KOOK CHUN      \*    OF MARYLAND
TO THE BAR OF MARYLAND

           \*    Misc. Docket AG No. 34
                 September Term, 2018

## ORDER

Upon consideration of the Petition for Reinstatement of Sung Kook Chun, Bar Counsel's consent thereto, and the record herein, it is the 12th day of December, 2018, by the Court of Appeals of Maryland;

ORDERED, that the Petition be, and the same hereby is, GRANTED; and it is further

ORDERED, that Sung Kook Chun is reinstated as a member of the Bar of Maryland; and it is further

ORDERED, that the Clerk of the Court shall replace the name of Sung Kook Chun upon the register of attorneys entitled to practice in this Court and certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in this state.

/s/ Mary Ellen Barbera
Chief Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document " authentic.



Suzanne C. Johnson, Acting Clerk